UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. WHITAKER, | No. 2:25-cv-1044-TLN-CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SOLANO SUPERIOR COURT, et. al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

On April 15, 2025, the undersigned issued an order dismissing plaintiff's complaint for failure to state a valid claim for relief. Plaintiff was granted leave to file an amended complaint within thirty days. Plaintiff was advised that failure to file an amended complaint would result in a recommendation of dismissal. That time has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice for failure to state a claim.

In light of these recommendations, IT IS ALSO HEREBY ORDERED that all pleading, discovery, and motion practice in this action are STAYED pending resolution of the findings and recommendations. With the exception of objections to the findings and recommendations and

1

1  any non-frivolous motions for emergency relief, the court will not entertain or respond to any
2  motions and other filings until the findings and recommendations are resolved.
3      These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5  after being served with these findings and recommendations, plaintiff may file written objections
6  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
7  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
8  objections within the specified time may waive the right to appeal the District Court's order.
9  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  June 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

whit1044.f&r