UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO SUPERIOR COURT, et. al.,<br><br>Defendants. | No. 2:25-cv-1044-TLN-CKD<br><br>**ORDER** |

Plaintiff Edward C. Whitaker ("Plaintiff") is proceeding in this action without counsel. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On June 4, 2025, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 4, 2025 findings and recommendations (ECF No. 4) are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice for failure to state a claim; and
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE